UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | JUDGE PRESTON |
| BRIDGET A. DARST, | : | CASE. NO. 06-53668 |
| Debtor. | : | CHAPTER 13 |

## MOTION TO RELEASE FUNDS FROM CLERK'S REGISTRY FUND

Comes now the undersigned Case Attorney, and pursuant to 28 U.S.C. 2042, and Local Rule 7067-1(b), hereby respectfully MOVES this Honorable Court for an order directing the Clerk of this Court to release funds held on deposit in the Court's Registry of Unclaimed Funds.

The grounds supporting issuance of the order requested are more fully set forth in the accompanying Memorandum In Support.

Respectfully submitted,

/s/ *Christopher J. Spiroff*
Christopher J. Spiroff (0042247)
454 East Main Street, Suite 100
Columbus, OH 43215
614.224.2104
Fax: 614.224.2066
admin@spirofflaw.com
Case Attorney for Debtor

## MEMORANDUM IN SUPPORT

On April 27, 2007, the undersigned filed with the Court an Amended Application For Allowance of Pre-Confirmation Fees and Expenses & Statement Pursuant to 11

U.S.C. 329, 330(a), 503(b), 1326(a)(2) & L.B.R. 2016-1(b) (Doc. #30). This Amended Application was approved by the Court (Doc. #31). The Debtor's case has been closed for more than 90 days, and funds are believed to still be held in the Registry Fund.

In light of the foregoing, the undersigned requests that this Court issue an order directing the Clerk of this Court to release funds in a manner consistent with the Court's prior order allowing attorney fees per the aforementioned Application.

./s/ Christopher J. Spiroff

**CERTIFICATE OF SERVICE**
**AND NOTICE OF FILING OF MOTION TO RELEASE FUNDS**
**FROM REGISTRY FUND**

The undersigned hereby certifies that the foregoing Motion to Release Funds for Registry Funds was served this date either through electronic means, or by regular, first-class, U.S. Mail, postage pre-paid, upon the parties whose names and addresses appear below. All parties hereto are hereby noticed that Debtor(s) counsel has filed a Motion with the Court to be paid out of the Registry Fund for pre-confirmation attorney fees previously awarded in this case. If you do not want the Court to grant the relief requested, then within twenty (20) days from the date appearing below, you or our attorney, must file with the Court a written response to this Motion, explaining your position at: Clerk, United States Bankruptcy Court, 170 N. High Street, Suite 200, Columbus, OH 43215. If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it within 20 days from the date appearing below. You must also mail a copy to the Debtor(s) Case Attorney, Christopher J. Spiroff, Esq., 454 East Main Street, Suite 100, Columbus, OH 43215. If the above action is not taken in timely fashion, the Debtors or the Debtor(s) attorney, may submit an order to the court granting the relief requested above.

11/4/07                                                                 /s/ *Christopher J. Spiroff*

U.S. Bankruptcy Court Clerk, 170 N. High Street, Columbus, OH 43215

Bridget Darst, 1000 Urlin Avenue, Unit 1501, Columbus, OH 43212
Frank M. Pees, Ch. 13 Trustee, 130 E. Wilson Bridge Rd., # 200, Worthington, OH 43085-6300
U.S. Trustee, 170 N. High St., Suite 200, Columbus, OH 43215.

**Aames Home Loan**  
350 S Grand Ave (cr)  
Los Angeles, CA 90071

**American Collection Sy**stems  
2500 Corporate Exchange (cr)  
Columbus, OH 43231

**Cap One Bk**  
Po Box 85520 (cr)  
Richmond, VA 23285

**CAPITAL ONE BANK**  
C/O TSYS DEBT MGMT  
PO BOX 5155 (cr)  
NORCROSS ,GA 30091

**Cbusasears**  
8725 W Sahara Ave (cr)  
The Lakes, NV 89163

**Centrex Financial**  
6782 S. Potomac Street (cr)  
Centennial, CO 80112

**Charles T. Williams, Esq.**  
555 S. Front Street  
Suite 320 (cr)  
Columbus, OH 43215-5668

**Collection**  
2 Wells Ave (cr)  
Newton, MA 02459

**Ffcc-Columbus Inc**  
1550 Old Henderson Rd St (cr)  
Columbus, OH 43220

**Franklin County Treasurer**  
373 S. High Street  
17th Floor (cr)  
Columbus, OH 43215

**Ginnys**  
1112 7th Ave (cr)  
Monroe, WI 53566

**Glelsi/Citibank N A**  
Po Box 7860 (cr)  
Madison, WI 53707

**HSBC NV**  
Po Box 19360 (cr)  
Portland, OR 97280

**I C System Inc**  
Po Box 64378 (cr)  
Saint Paul, MN 55164

**Ohio State University**  
190 N Oval Mall (cr)  
Columbus, OH 43210

**PCB**  
3592 Corporate Dr (cr)  
Columbus, OH 43231

**Rossman & Co**  
3592 Corporate Dr Ste 10 (cr)  
Columbus, OH 43231

**Sst/Columbus Bank&Trus**t  
Po Box 84024 (cr)

Columbus, GA 31908

**Summit Chase Condominium Assoc.**
1000 Urlin Avenue (cr)
Columbus, OH 43212

**Summit Chase Condominium Association**
c/o Sterling Towne Properties
777-A Dearborn Park Lane (cr)
Worthington, Ohio 43085

**Trs/Cigpf1corp**
4315 Pickett Rd (cr)
Saint Joseph, MO 64503

**US Dept Of Education**
501 Bleecker St (cr)
Utica, NY 13501

###

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | JUDGE PRESTON |
| BRIDGET A. DARST, | : | CASE. NO. 06-53668 |
| Debtor. | : | CHAPTER 13 |

**MOTION TO RELEASE FUNDS FROM CLERK'S REGISTRY FUND**

Comes now the undersigned Case Attorney, and pursuant to 28 U.S.C. 2042, and Local Rule 7067-1(b), hereby respectfully MOVES this Honorable Court for an order directing the Clerk of this Court to release funds held on deposit in the Court's Registry of Unclaimed Funds.

The grounds supporting issuance of the order requested are more fully set forth in the accompanying Memorandum In Support.

Respectfully submitted,

/s/ *Christopher J. Spiroff*
Christopher J. Spiroff (0042247)
454 East Main Street, Suite 100
Columbus, OH 43215
614.224.2104
Fax: 614.224.2066
admin@spirofflaw.com
Case Attorney for Debtor

MEMORANDUM IN SUPPORT

On April 27, 2007, the undersigned filed with the Court an Amended Application For Allowance of Pre-Confirmation Fees and Expenses & Statement Pursuant to 11

U.S.C. 329, 330(a), 503(b), 1326(a)(2) & L.B.R. 2016-1(b) (Doc. #30). This Amended Application was approved by the Court (Doc. #31). The Debtor's case has been closed for more than 90 days, and funds are believed to still be held in the Registry Fund.

    In light of the foregoing, the undersigned requests that this Court issue an order directing the Clerk of this Court to release funds in a manner consistent with the Court's prior order allowing attorney fees per the aforementioned Application.

                                                                      ./s/ Christopher J. Spiroff

## CERTIFICATE OF SERVICE
## AND NOTICE OF FILING OF MOTION TO RELEASE FUNDS
## FROM REGISTRY FUND

    The undersigned hereby certifies that the foregoing Motion to Release Funds for Registry Funds was served this date either through electronic means, or by regular, first-class, U.S. Mail, postage pre-paid, upon the parties whose names and addresses appear below. All parties hereto are hereby noticed that Debtor(s) counsel has filed a Motion with the Court to be paid out of the Registry Fund for pre-confirmation attorney fees previously awarded in this case. If you do not want the Court to grant the relief requested, then within twenty (20) days from the date appearing below, you or our attorney, must file with the Court a written response to this Motion, explaining your position at: Clerk, United States Bankruptcy Court, 170 N. High Street, Suite 200, Columbus, OH 43215. If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it within 20 days from the date appearing below. You must also mail a copy to the Debtor(s) Case Attorney, Christopher J. Spiroff, Esq., 454 East Main Street, Suite 100, Columbus, OH 43215. If the above action is not taken in timely fashion, the Debtors or the Debtor(s) attorney, may submit an order to the court granting the relief requested above.

11/4/07                                                                          /s/ *Christopher J. Spiroff*

U.S. Bankruptcy Court Clerk, 170 N. High Street, Columbus, OH 43215

Bridget Darst, 1000 Urlin Avenue, Unit 1501, Columbus, OH 43212
Frank M. Pees, Ch. 13 Trustee, 130 E. Wilson Bridge Rd., # 200, Worthington, OH 43085-6300
U.S. Trustee, 170 N. High St., Suite 200, Columbus, OH 43215.

**Aames Home Loan**  
350 S Grand Ave  (cr)
Los Angeles, CA 90071

**American Collection Sy**stems  
2500 Corporate Exchange  (cr)
Columbus, OH 43231

**Cap One Bk**  
Po Box 85520  (cr)
Richmond, VA 23285

**CAPITAL ONE BANK**  
C/O TSYS DEBT MGMT  
PO BOX 5155  (cr)
NORCROSS ,GA 30091

**Cbusasears**  
8725 W Sahara Ave  (cr)
The Lakes, NV 89163

**Centrex Financial**  
6782 S. Potomac Street  (cr)
Centennial, CO 80112

**Charles T. Williams, Esq.**  
555 S. Front Street  
Suite 320  (cr)
Columbus, OH 43215-5668

**Collection**  
2 Wells Ave  (cr)
Newton, MA 02459

**Ffcc-Columbus Inc**  
1550 Old Henderson Rd St  (cr)
Columbus, OH 43220

**Franklin County Treasurer**  
373 S. High Street  
17th Floor  (cr)
Columbus, OH 43215

**Ginnys**  
1112 7th Ave  (cr)
Monroe, WI 53566

**Glelsi/Citibank N A**  
Po Box 7860  (cr)
Madison, WI 53707

**HSBC NV**  
Po Box 19360  (cr)
Portland, OR 97280

**I C System Inc**  
Po Box 64378  (cr)
Saint Paul, MN 55164

**Ohio State University**  
190 N Oval Mall  (cr)
Columbus, OH 43210

**PCB**  
3592 Corporate Dr  (cr)
Columbus, OH 43231

**Rossman & Co**  
3592 Corporate Dr Ste 10  (cr)
Columbus, OH 43231

**Sst/Columbus Bank&Trus**t  
Po Box 84024  (cr)

Columbus, GA 31908

**Summit Chase Condominium Assoc.**
1000 Urlin Avenue (cr)
Columbus, OH 43212

**Summit Chase Condominium Association**
c/o Sterling Towne Properties
777-A Dearborn Park Lane (cr)
Worthington, Ohio 43085

**Trs/Cigpf1corp**
4315 Pickett Rd (cr)
Saint Joseph, MO 64503

**US Dept Of Education**
501 Bleecker St (cr)
Utica, NY 13501

###