**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 14, 2008**

C. Kathryn Preston
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re                             :         Case No. 06-53668

Bridget A. Darst                  :         Chapter 13

    Debtor(s)                    :         Judge C. Kathryn Preston

### ORDER ON AMENDED MOTION TO RELEASE FUNDS FROM COURT REGISTRY

This cause came on for consideration of the Amended Motion to Release Funds from Court Registry (Doc. 34) filed by counsel for Debtor. Pursuant to 11 U.S.C. § 347(a), unclaimed funds shall be paid into the court and disposed of under chapter 129 of title 28. The Court having considered the Motion finds that the movant has failed to prove ownership of and entitlement to the unclaimed funds as required by chapter 129 of title 28. *See* 28 U.S.C. § 2041. Furthermore, if the unclaimed funds are left on deposit and unclaimed for five years, they must escheat into the Treasury of the United States. *See* 28 U.S.C. § 2042. Accordingly, it is

**ORDERED AND ADJUDGED** that the Amended Motion to Release Funds from Court Registry (Doc. 34) is hereby DENIED.

**IT IS SO ORDERED.**

Copies to:

Bridget A. Darst
1000 Urlin Avenue
Unit # 1501
Columbus, Ohio 43212

Christopher J. Spiroff (electronic service)

Chapter 13 Trustee (electronic service)

Office of the U.S. Trustee (electronic service)

# # #